Ryder Patten, peticionario.— Nov. 26, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Admitido de acuerdo con la Ley No. 78 de mayo 11, 1928.

*In re:* Erasto Arjona Siaca y Guillermo S. Pierluissi, querellados.— Nov. 26, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Vista la jurisprudencia citada en el caso de *Luce & Co.* v. *Registrar of Property of Guayama,* 20 Fed. (2nd) 115, así como la opinión disidente a que se refiere la misma y que aparece en el tomo 34 D.P.R. pág. 913: no siendo la actuación de esta corte al suspender al abogado Erasto Arjona Siaca de su profesión, un "caso" dentro del significado de esa palabra según se usa en los estatutos que confieren jurisdicción a la Corte de Circuito de Apelaciones, no ha lugar a la apelación solicitada.

No. 4397.—Pérez Chanza, aplda., *v.* Gerena, aplte.—C. D. Aguadilla. Nov. 26, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Estando ya este caso sometido a este tribunal por virtud de una vista final, y no teniendo dudas de que el apelado tenía conocimiento de la existencia tanto de la sentencia como del escrito de apelación, los que han sido traídos ahora a esta corte, y creyendo además que la apelación interpuesta no es frívola, la corte, en el ejercicio de su discreción, declara sin lugar la moción de desestimación presentada.